Form B9A (Chapter 7 Individual or Joint Debtor No Asset Case)     Case Number **10–10263**

# UNITED STATES BANKRUPTCY COURT
### District of South Dakota

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/23/10 .

You may be a creditor of the debtor(s). **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or online using CM/ECF (contact the clerk's office for more information regarding CM/ECF). NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

| **Debtor(s):**<br>Patrick William Buttke<br>fdba Royal Snow Blowers<br>502 Mayberry Place<br>Milbank, SD 57252 | Shana Ruth Buttke<br>fka Shana Ruth Homrighausen<br>502 Mayberry Place<br>Milbank, SD 57252 |
|---|---|
| **Case Number:**<br>10–10263 | **Social Security/Taxpayer ID Numbers:**<br>xxx–xx–4090<br>xxx–xx–8349 |
| **Attorney for Debtor(s):**<br>William E. Coester<br>PO Box 66<br>Milbank, SD 57252–0066<br>Telephone number: (605) 432–5544 | **Bankruptcy Trustee:**<br>Forrest C. Allred<br>14 Second Ave SE Ste 200<br>Aberdeen, SD 57401<br>Telephone number: 605–225–3933 |

### Meeting of Creditors:

Date: **December 30, 2010**     Time: **11:30 AM**     Location: **115 4th Ave SE, Rm 206–7, Federal Building, Aberdeen, SD 57401**

### Presumption of Abuse under 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**To File a Complaint Objecting to Discharge of Debtor(s) *or* to Determine Dischargeability of Certain Debts: 2/28/11**

**To Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor(s) and the property of the debtor(s). Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult an attorney to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>225 S. Pierre St., Room 203<br>Pierre, SD 57501–2463<br>Telephone number: 605–945–4460<br>www.sdb.uscourts.gov | **For the Court:**<br>Frederick M. Entwistle<br>Clerk of the Bankruptcy Court |
|---|---|
| Hours Open:    Monday – Friday 8:00 AM – 5:00 PM | Date: 11/23/10 |

### SEE OTHER SIDE FOR IMPORTANT EXPLANATIONS.

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362.  Common examples of prohibited actions include contacting the debtor(s) by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor(s); repossessing property of the debtor(s); starting or continuing lawsuits or foreclosures; and garnishing or deducting from wages of the debtor(s).  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code.  The debtor(s) may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side.  *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.*  Creditors are welcome to attend, but are not required to do so.  The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors.  *You therefore should not file a proof of claim at this time.*  If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for doing so.  If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor(s) is (are) seeking a discharge of most debts, which may include your debt.  A discharge means that you may never try to collect the debt from the debtor(s).  If you believe the debtor(s) is (are) not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of Debtor(s) *or* to Determine Dischargeability of Certain Debts" listed on the front side.  The bankruptcy clerk's office must receive the complaint and the required filing fee by that deadline. |
| Exempt Property | The debtor(s) is (are) permitted by law to keep certain property as exempt.  Exempt property will not be sold and distributed to creditors.  The debtor(s) must file a list of all property claimed as exempt.  You may inspect that list at the bankruptcy clerk's office.  If you believe an exemption claimed by the debtor(s) is not authorized by law, you may file an objection to that exemption.  The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side.  You may inspect all papers filed, including the list of the debtor's(s') property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office.  You may also review them online, using CM/ECF (contact the clerk's office for more information regarding CM/ECF). |
| Foreign Creditors | Consult an attorney familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice.  You may want to consult an attorney to protect your rights. |
| **Debtor Identification** | **Important notice to individual debtors:  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors.  Failure to do so may result in the dismissal of your case.** |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0869-1          User: dbohm              Page 1 of 1              Date Rcvd: Nov 23, 2010
Case: 10-10263                Form ID: b9a             Total Noticed: 27

The following entities were noticed by first class mail on Nov 25, 2010.
 db/db        +Patrick William Buttke,    Shana Ruth Buttke,    502 Mayberry Place,    Milbank, SD 57252-5988
 aty          +Cheryl Schrempp DuPris,    Assistant U.S. Attorney,    PO Box 7240,    Pierre, SD 57501-7240
 aty           William E. Coester,    PO Box 66,    Milbank, SD  57252-0066
 ust           Bruce J. Gering,    314 South Main Avenue, Suite 303,    Sioux Falls, SD  57104-6462
 1031991      +AAA Collections, Inc.,    PO Box 881,    Sioux Falls, SD 57101-0881
 1031993      +Chiropractic in Motion,    304 East 4th Avenue,    Milbank, SD 57252-2545
 1031995      +Credit Bureau of Watertown,    PO Box 234,    Watertown, SD 57201-0234
 1031997       First Bank & Trust,    PO Box 110,    Milbank, SD 57252-0110
 1031996      +First Bank & Trust,    PO Box 5057,    Brookings, SD 57006-5057
 1031998      +First Collection Services,    10925 Otter Creek E. Blvd,    Mabelvale, AR 72103-1661
 1031999      +Healthfirst Chiropractic,    1203 East 4th Avenue,    Milbank, SD 57252-1562
 1032001      +Minnwest Bank,    21 2nd Street SE,    Ortonville, MN 56278-1541
 1032002      +New Beginnings,    211 South Main Street,    Milbank, SD 57252-1808
 1032003      +Northside Medical Center,    465 Eastvold Avenue,    Ortonville, MN 56278-1107
 1032004       Ortonville Area Health Services,    450 Eastvold Avenue,    Ortonville, MN 56278-1133
 1032005       RCB Collections,    PO Box 706,    Hibbing, MN 55746-0706
 1032006      +Ronn E. McDaniel O.D.,    128 2nd Street NW,    Ortonville, MN 56278-1409
 1032007      +Student Loan Finance Corporation,    105 First Avenue SW,    Aberdeen, SD 57401-4104
 1032008      +Thomas Brown Agency,    324 S. Central Avenue, Ste. 101,    Apopka, FL 32703-4268
 1032009      +Transworld Systems, Inc.,    9525 Sweet Valley Drive,    Cleveland, OH 44125-4237
 1032010      +Tri-State Water, Inc.,    1525 SD Hwy 10,    Sisseton, SD 57262-2514

The following entities were noticed by electronic transmission on Nov 23, 2010.
 tr           +E-mail/Text: fcasec@qwestoffice.net                            Forrest C. Allred,
                14 Second Ave SE Ste 200,    Aberdeen, SD 57401-4246
 1031992      +EDI: CHASE.COM Nov 23 2010 18:03:00     Chase Bank USA, NA,    PO Box 15298,
                Wilmington, DE 19850-5298
 1031994      +EDI: CITICORP.COM Nov 23 2010 18:03:00     CitiBank SD NA,    PO Box 6241,
                Sioux Falls, SD 57117-6241
 1032000       EDI: IRS.COM Nov 23 2010 18:03:00     Internal Revenue Service,    PO Box 802502,
                Cincinnati, OH 45280-2502
 1032011      +EDI: AFNIVZWIRE.COM Nov 23 2010 18:03:00     Verizon Wireless,    PO Box 26055,
                Minneapolis, MN 55426-0055
 1032012      +EDI: WFFC.COM Nov 23 2010 18:03:00     Wells Fargo Education SV,    PO Box 5185,
                Sioux Falls, SD 57117-5185
                                                                                               TOTAL: 6

                ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 25, 2010**          **Signature:** *Joseph Speetjens*